**STATE of Missouri, Respondent,**

v.

**Harley J. COLEMAN, Appellant.**

**No. WD 44188.**

Missouri Court of Appeals,
Western District.

March 10, 1992.

David S. Durbin, Appellate Defender, Jeanne Haas McKenna, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before FENNER, P.J., and ULRICH and SPINDEN, JJ.

### ORDER

PER CURIAM:

Appeal from a conviction of forgery, § 570.090.1(4), RSMo.1986, and from a sentence of forty-five days confinement in the county jail.

Affirmed. Rule 30.25(b).